No. 09–1576. BANNISTER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 09–10654. DREW *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–10667. McDONEL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 09–11114. PIERRE *v.* UNITED STATES;
No. 09–11542. LOUIS *v.* UNITED STATES; and
No. 10–5520. LOUISUIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11166. SCOTT ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 09–11220. PICKETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11268. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11362. BERROA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–11501. LEGETTE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11527. ELLIS *v.* SMITHKLINE BEECHAM CORP., DBA GLAXOSMITHKLINE. C. A. 9th Cir. Certiorari denied.

No. 09–11572. LAVANG SEE *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 10–18. SMITH *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 10–86. JOHNSON ET AL. *v.* ESTATE OF GEE, DECEASED, BY SPECIAL ADMINISTRATOR BEEMAN. C. A. 7th Cir. Certiorari denied.

No. 10–180. COOK COUNTY, ILLINOIS *v.* THOMAS. C. A. 7th Cir. Certiorari denied.